JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC DESMOND HOOD,<br>Petitioner,<br>vs.<br>ELVIN VALENZUELA, WARDEN,<br>Respondent. | Case No. CV 15-09661-CAS (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 if the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: January 7, 2016

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1